1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

11

### EASTERN DISTRICT OF CALIFORNIA

12
13
RANDALL W. HARDING,                          1:07-cv-01074 AWI WMW (HC)

14
                    Petitioner,

**ORDER AUTHORIZING**
15
v.                                           **IN FORMA PAUPERIS STATUS**

16
DENNIS SMITH, ET AL,

17
                    Respondent.
                                                              /
18

19
        Petitioner is a  federal prisoner proceeding pro se with a petition for writ of habeas corpus

20
pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

21
proceed *in forma pauperis*.  The petition will be screened in due course.

22
IT IS SO ORDERED.

23
**Dated:    August 1, 2007**                    ___/s/  **William M. Wunderlich**_____
                                                 UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28